**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BYRON BRIONES,**

    **Plaintiff,**

v.                                                    Case No. 6:20-cv-2293-ACC-EJK

**CITY OF ALTAMONTE SPRINGS,**

    **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. (Doc. 22). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

- 2 -

**DONE** and **ORDERED** at Orlando, Florida on August 19, 2021.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record